Juliet R. Peters, (019228)
Garland Brown, (023123)
WEISS BROWN & PETERS, PLLC
9375 East Shea Blvd., Suite 100
Scottsdale, Arizona 85260
Email: Juliet.Peters@weissbrown.com
(480) 327-6653

Attorneys for Defendant
El GRADO SPIRITS, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| E-IMAGE AGENCY, L.L.C., an Arizona Limited Liability, <br><br> Plaintiff <br><br> v. <br><br> HYPER SPORTS, L.L.C., a Georgia Limited Liability Corporation doing business as PATRICK DEMPSEY RACING; EL GRADO SPIRITS, L.L.C., A Texas Limited Liability Corporation, <br><br> Defendant | Case No. 2:10-cv-00793-DGC <br><br> **ANSWER OF DEFENDANT EL GRADO SPIRITS, LLC TO PLAINTIFF'S COMPLAINT; DEMAND FOR JURY TRIAL** <br><br> Hon. David G. Campbell |

Defendant El Grado Spirits, LLC, ("El Grado") through its attorneys below, answers the Complaint filed by Plaintiff E Image Agency, LLC and responds as follows:

1. El Grado denies knowledge and information sufficient to answer the allegations of Paragraph 1 of the Complaint.

2. El Grado denies knowledge and information sufficient to answer the allegations of Paragraph 2 of the Complaint.

3. El Grado admits the allegations contained in paragraph 3 of the Complaint.

1

4. El Grado denies the allegation contained in the first sentence of paragraph 4 of the Complaint but admits that the issues of law and fact at issue in this action are between the citizens of different states.

5. El Grado denies knowledge and information sufficient to answer the allegations of Paragraph 5 of the Complaint.

6. El Grado denies knowledge and information sufficient to answer the allegations of Paragraph 6 of the Complaint.

7. El Grado denies knowledge and information sufficient to answer the allegations of Paragraph 7 of the Complaint.

8. El Grado lacks knowledge and information sufficient to answer the allegations related to Dempsey Racing Team. Further, El Grado denies each of the remaining allegations contained in Paragraph 8 of the Complaint.

9. El Grado denies the allegations contained in Paragraph 9 of the Complaint.

10. El Grado denies that E Image "brokered" a sponsorship deal between El Grado and Dempsey Racing.and further denies the remaining allegations contained in Paragraph 10 and its subparts i through iii of the Complaint.

11. El Grado denies the allegations contained in Paragraph 11 of the Complaint.

12. El Grado denies the allegations contained in Paragraph 12 of the Complaint.

13. El Grado denies that E Image "brokered" a sponsorship deal between El Grado and Dempsey Racing and denies knowledge and information sufficient to answer the allegations of Paragraph 13 of the Complaint.

14. El Grado denies that E Image "brokered" a sponsorship deal between El Grado and Dempsey Racing. With respect to the remaining allegations contained in Paragraph 14 of

the Complaint, El Grado denies knowledge and information sufficient to answer the allegations contained therein.

15. El Grado denies knowledge and information sufficient to answer the allegations of Paragraph 15 of the Complaint.

16. El Grado denies the allegations contained in Paragraph 16 of the Complaint.

17. El Grado denies the allegations contained in Paragraph 17 of the Complaint.

18. El Grado denies knowledge and information sufficient to answer the allegations of Paragraph 18 of the Complaint.

19. El Grado denies the allegations contained in Paragraph 19 of the Complaint.

20. El Grado repeats and reallages each and every response contained in Paragraphs 1 through 20 of the Complaint.

21. El Grado denies the allegations contained in Paragraph 21of the Complaint.

22. El Grado denies each and every allegation contained in Paragraph 22 and its subparts a through e, of the Complaint.

23. El Grado denies the allegations contained in Paragraph 23 of the Complaint.

24. El Grado denies the allegations contained in Paragraph 24 of the Complaint.

25. To the extent that Paragraph 25 requires a legal conclusion, no responsive pleading is required. El Grado denies each and every remaining allegation contained in Paragraph 25 of the Complaint.

26. El Grado denies the allegations contained in Paragraph 26 of the Complaint and denies that Plaintiff is entitled to damages of any kind.

27. El Grado denies the allegations contained in Paragraph 27 of the Complaint, denies Plaintiff's request for relief and denies Plaintiff is entitled to damages, attorneys' fees, incurred costs, interest or relief of any kind.

28. Paragraphs 28 through 35 allege a breach of contract claim against Dempsey Racing only, however, to the extent that the allegations contained therein involve El Grado, El Grado repeats and reallages each and every response contained in Paragraphs 1 through 27 of the Complaint.

29. El Grado denies that E Image "brokered" a sponsorship deal between El Grado and Dempsey Racing. With respect to the remaining allegations contained in Paragraph 29 of the Complaint, El Grado denies knowledge and information sufficient to answer the allegations contained therein.

30. El Grado denies that E Image "brokered" a sponsorship deal between El Grado and Dempsey Racing. With respect to the remaining allegations contained in Paragraph 30 a through b of the Complaint, El Grado denies each and every allegation that relate to El Grado. Further, El Grado denies knowledge and information sufficient to answer the allegations that relate to Dempsey Racing contained in Paragraph 30 a through b.

31. El Grado denies the allegations contained in Paragraph 31 of the Complaint.

32. El Grado denies knowledge and information sufficient to answer the allegations of Paragraph 32 of the Complaint.

33. To the extent that Paragraph 33 requires a legal conclusion, no responsive pleading is required. El Grado denies each and every remaining allegation contained in Paragraph 33 of the Complaint.

34. El Grado denies the allegations contained in Paragraph 34 of the Complaint and denies that Plaintiff is entitled to damages of any kind.

35. El Grado denies the allegations contained in Paragraph 35 of the Complaint, Plaintiff's request for relief and denies Plaintiff is entitled to damages, attorneys' fees, incurred

costs, interest or relief of any kind.

36. El Grado repeats and reallages each and every response contained in Paragraphs 1 through 35 of the Complaint.

37. To the extent that Paragraph 37 calls for a legal conclusion, no responsive pleading is required.

38. To the extent that Paragraph 38 calls for a legal conclusion, no responsive pleading is required.  With respect to any remaining allegations in Paragraph 37, El Grado denies such allegations.

39. El Grado denies the allegations contained in Paragraph 39 of the Complaint, denies Plaintiff's request for relief and denies Plaintiff is entitled to damages, attorneys' fees, incurred costs, interest or relief of any kind.

40. El Grado repeats and reallages each and every response contained in Paragraphs 1 through 39 of the Complaint.

41. El Grado denies that E Image "brokered" a sponsorship deal between El Grado and Dempsey Racing and denies the remaining allegations in Paragraph 41.

42. El Grado denies that E Image "brokered" a sponsorship deal between El Grado and Dempsey Racing and El Grado further denies each of the remaining allegations in Paragraph 42 i through iii.

43. El Grado denies the allegations contained in Paragraph 43 of the Complaint.

44. El Grado denies that E Image "brokered" a sponsorship deal between El Grado and Dempsey Racing and further denies each of the remaining allegations in Paragraph 44 a through b.

45. El Grado denies knowledge and information sufficient to answer the allegations of Paragraph 45 of the Complaint.

5

46. El Grado denies knowledge and information sufficient to answer the allegations of Paragraph 46 of the Complaint and specifically denies the allegations contained in Paragraph 46 that pertain specifically to El Grado.

47. El Grado denies the allegations contained in Paragraph 47 of the Complaint.

48. El Grado denies the allegations contained in Paragraph 48 of the Complaint.

49. El Grado denies that it made any false or fraudulent representations and/or promises to Plaintiff as set for the in Paragraph 49 of the Complaint. With respect to the remaining allegations contained in Paragraph 49, El Grado denies knowledge and information sufficient to answer those allegations.

50. To the extent that Paragraph 50 calls for a legal conclusion, no responsive pleading is required. With respect to any remaining allegations in Paragraph 50, El Grado denies such allegations or that Plaintiff has suffered any damage.

51. El Grado denies the allegations contained in Paragraph 51 of the Complaint and Plaintiff's request for relief and denies Plaintiff is entitled to damages, attorneys' fees, incurred costs, interest or relief of any kind.

52. El Grado repeats and reallages each and every response contained in Paragraphs 1 through 51 of the Complaint.

53. El Grado denies that Plaintiff "brokered" a sponsorship deal between El Grado and Dempsey Racing and further denies each of the remaining allegations in Paragraph 53.

54. El Grado denies that Plaintiff "brokered" or put together a sponsorship deal between El Grado and Dempsey Racing and further denies each of the remaining allegations in Paragraph 54 i through iii of the Complaint.

55. El Grado denies the allegations contained in Paragraph 55 of the Complaint.

56. El Grado denies that Plaintiff "brokered" or put together a sponsorship deal

between El Grado and Dempsey Racing and further denies each of the remaining allegations in Paragraph 56 a through b of the complete.

57.     El Grado denies knowledge and information sufficient to answer the allegations of Paragraph 57 of the Complaint.

58.     El Grado denies the allegations contained in Paragraph 58 of the Complaint.

59.     El Grado denies the allegations contained in Paragraph 59 of the Complaint.

60.     El Grado denies the allegations contained in Paragraph 60`of the Complaint.

61.     To the extent Paragraph 61 calls for a legal conclusion, no responsive pleading is required.  El Grado denies knowledge and information sufficient to answer the allegations in the remainder of Paragraph 61.

62.     To the extent Paragraph 62 calls for a legal conclusion, no responsive pleading is required.  El Grado denies that Plaintiff has suffered any damage whatsoever and denies that Plaintiff is entitled to seek any relief.

63.     El Grado denies the allegations contained in Paragraph 63 of the Complaint, denies Plaintiff's request for relief and denies Plaintiff is entitled to any damages whatsoever including, attorneys' fees, incurred costs, interest or relief of any kind.

64.     El Grado repeats and reallages each and every response contained in Paragraphs 1through63 of the Complaint.

65.     El Grado denies that Plaintiff "brokered" or put together a sponsorship deal between El Grado and Dempsey Racing and further denies each of the remaining allegations in Paragraph 65 of the Complaint.

66.     El Grado denies that Plaintiff "brokered" or put together a sponsorship deal between El Grado and Dempsey Racing and further denies each of the remaining allegations in Paragraph 66 i through iii of the Complaint.

67. El Grado denies the allegations contained in Paragraph 67 of the Complaint.

68. El Grado denies the allegations contained in Paragraph 68 a through b of the Complaint.

69. El Grado denies knowledge and information sufficient to answer the allegations of Paragraph 69 of the Complaint.

70. To the extent Paragraph 70 calls for a legal conclusion, no responsive pleading is required. El Grado denies the remaining allegations contained in paragraph 70.

71  El Grado denies the allegations contained in Paragraph 71 of the Complaint.

72. El Grado denies the allegations contained in Paragraph 72 of the Complaint.

73. El Grado denies the allegations contained in Paragraph 73 of the Complaint.

74. El Grado denies knowledge and information sufficient to answer the allegations of Paragraph 74 of the Complaint.

75. To the extent Paragraph 75 calls for a legal conclusion, no responsive pleading is required. El Grado denies knowledge and information sufficient to answer the remaining allegations of Paragraph 75 of the Complaint.

76. El Grado denies the allegations contained in Paragraph 76 of the Complaint, denies Plaintiff's request for relief and denies Plaintiff is entitled to any damages whatsoever including, attorneys' fees, incurred costs, interest or relief of any kind.

77. El Grado repeats and reallages each and every response contained in Paragraphs 1through76 of the Complaint.

78. El Grado denies that Plaintiff "brokered" or put together a sponsorship deal between El Grado and Dempsey Racing and further denies each of the remaining allegations in Paragraph 78 of the Complaint.

79. El Grado denies that Plaintiff "brokered" or put together a sponsorship deal between El Grado and Dempsey Racing and further denies each of the remaining allegations in Paragraph 79 i through iii of the Complaint.

80. El Grado denies the allegations contained in Paragraph 80 of the Complaint.

81. El Grado denies that Plaintiff "brokered" or put together a sponsorship deal between El Grado and Dempsey Racing and further denies each of the remaining allegations in Paragraph 81 a through b of the Complaint.

82. El Grado denies knowledge and information sufficient to answer the allegations in Paragraph 82 of the Complaint.

83. El Grado denies the allegations contained in Paragraph 83 of the Complaint.

84. El Grado denies the allegations contained in Paragraph 84 of the Complaint.

85. El Grado denies the allegations contained in Paragraph 85 of the Complaint.

86. El Grado denies the allegations contained in Paragraph 86 of the Complaint, denies Plaintiff's request for relief and denies Plaintiff is entitled to any damages whatsoever including, attorneys' fees, incurred costs, interest or relief of any kind.

87. El Grado repeats and reallages each and every response contained in Paragraphs 1 through 86 of the Complaint.

88. El Grado denies the allegations contained in Paragraph 88 of the Complaint.

89. El Grado denies the allegations contained in Paragraph 89 of the Complaint.

90. El Grado denies the allegations contained in Paragraph 90 of the Complaint.

91. El Grado denies the allegations contained in Paragraph 91 of the Complaint.

92. El Grado denies the allegations contained in Paragraph 92 of the Complaint, denies Plaintiff's request for relief and denies Plaintiff is entitled to any damages whatsoever including, attorneys' fees, incurred costs, interest or relief of any kind.

93. El Grado repeats and reallages each and every response contained in Paragraphs 1 through 92 of the Complaint.

94. El Grado denies the allegations contained in Paragraph 94 of the Complaint.

95. El Grado denies the allegations contained in Paragraph 95 of the Complaint.

96. To the extent Paragraph 96 calls for a legal conclusion, no responsive pleading is required. El Grado denies knowledge and information sufficient to answer the remaining allegations of Paragraph 96 of the Complaint.

97. El Grado denies the allegations contained in Paragraph 97 of the Complaint, denies Plaintiff's request for relief and denies Plaintiff is entitled to any damages whatsoever including, attorneys' fees, incurred costs, interest or relief of any kind.

98. El Grado repeats and reallages each and every response contained in Paragraphs 1 through 97 of the Complaint.

99. El Grado denies the allegations contained in Paragraph 99 that relate to El Grado. With respect to allegations in Paragraph 99 that do not relate directly to El Grado, El Grado denies knowledge and information sufficient to answer the allegations in Paragraph 99 of the Complaint.

100. El Grado denies the allegations contained in Paragraph 100 of the Complaint.

101. El Grado denies the allegations contained in Paragraph 101 of the Complaint, denies Plaintiff's request for relief and denies Plaintiff is entitled to any damages whatsoever including, attorneys' fees, incurred costs, interest or relief of any kind.

**FIRST AFFIRMATIVE DEFENSE**
(Failure to State a Claim)

102. Plaintiff has failed to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**
(No Valid Agreement)

103. Plaintiff's claims are barred, in whole or in part, because no valid agreement exists between El Grado and E-Image.

### THIRD AFFIRMATIVE DEFENSE
(Termination)

104. Plaintiff is not entitled to relief because El Grado properly terminated its agreement with Plaintiff and to the extent Plaintiff would be entitled to seek any relief, such relief would be capped at damages during the time from the inception of the agreement to the termination.

### FOURTH AFFIRMATIVE DEFENSE
(Unclean Hands)

105. Plaintiff is guilty of unclean hands with regard to some or all of the matters at issue and is therefore not entitled to seek the requested relief.

### FIFTH AFFIRMATIVE DEFENSE
(Prior Breach)

107. To the extent any agreement ever existed, El Grado's lack of performance, if any was excused by Plaintiff's prior breach.

### SIXTH AFFIRMATIVE DEFENSE
(Estoppel)

108. Plaintiff is stopped from obtaining relief.

### SEVENTH AFFIRMATIVE DEFENSE
(Waiver)

109. Plaintiff has waived all or part of any right it may have to obtain the relief that it seeks.

### EIGTH AFFIRMATIVE DEFENSE
(Unjust Enrichment)

110. Plaintiff is not entitled to the relief sought in the Complaint because any such requested relief would constitute unjust enrichment to the Plaintiff and a subsequent loss to El

Grado.

### NINTH AFFIRMATIVE DEFENSE
(Good Cause Justification)

111. To the extent that any of the Complaint's allegations are deemed wrongful, any and all such acts were reasonably justified by El Grado, done in good faith and with good cause.

### TENTH AFFIRMATIVE DEFENSE
(Statute of Frauds)

112. Plaintiff's claims are barred because the agreement between El Grado and Plaintiff violates the Statute of Frauds.

### ELEVENTH AFFIRMATIVE DEFENSE
(Impossibility)

113. Plaintiff's claims are barred, in whole or in part because of the doctrine of Impossibility.

### TWELFTH AFFIRMATIVE DEFENSE
(No Damages)

114. Plaintiff's claims are barred, in whole or in part, because Plaintiff did not suffer any damages as a result of the alleged actions of El Grado.

### THIRTEENTH AFFIRMATIVE DEFENSE
(Satisfaction)

115. El Grado has satisfied all of its legal obligations to Plaintiff, if any including obligations sounding in, without limitation, contract.

### FOURTEENTH AFFIRMATIVE DEFENSE
(Failure to Mitigate)

116. El Grado is not liable for any of Plaintiff's damages because Plaintiff failed to mitigate its damages.

### FIFTEENTH AFFIRMATIVE DEFENSE
(Lack of Subject Matter Jurisdiction)

117. The amount in controversy does not exceed $75,000.

**SIXTEENTH AFFIRMATIVE DEFENSE**
(Additional Defenses)

118. El Grado does not have enough knowledge or information on which to form a belief about the applicability of additional affirmative defenses that may be available. El Grado therefore reserves the right to amend this Answer to add, delete and/or modify affirmative defenses based on legal theories and facts and circumstances which may be developed during the discovery process or through additional legal analysis.

**REQUESTED RELIEF**

WHEREFORE, El Grado prays for judgment against Plaintiff as follows:

1. That Judgment be entered in favor of El Grado and against Plaintiff on all Claims contained in the Complaint;

2. That Plaintiff be awarded nothing and take nothing by reason of its Complaint.

3. That El Grado be awarded pre- and post-award interest;

4. That El Grado be awarded its attorneys' fees and costs; and

5. For any other relief as the Court deems just and proper.

DATED this 28th day of May, 2010

        Weiss Brown & Peters, PLLC

        By:    /s/Juliet Peters
                Juliet R. Peters
                9375 E. Shea Blvd., Suite 100
                Scottsdale, AZ   85260
                Attorneys for Defendant
                El Grado Spirits, LLC

LAW OFFICES
WEISS BROWN & PETERS, PLLC
9375 EAST SHEA BLVD, SUITE 100
SCOTTSDALE, ARIZONA 85260
(480) 327-6652

13

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May, 2010, I electronically transmitted a PDF version of this document to the Clerk of the Court, using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Maria Crimi Speth
>Jaburg & Wilk, PC
>Attorney for Dempsey Racing
>Shaye Mann
>Law Offices of Shaye Mann
>Attorney for Plaintiff

/s/Juliet Peters