Maria Crimi Speth (012574)
**JABURG & WILK, P.C.**
3200 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012
Email: *mcs@jaburgwilk.com*

Attorneys for Defendant
DEMPSEY RACING, LLC
(Incorrectly named as
Hyper Sports, L.L.C. d/b/a Patrick Dempsey Racing)

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| E-IMAGE AGENCY, L.L.C., an Arizona Limited Liability,<br><br>Plaintiff<br><br>v.<br><br>HYPER SPORTS, L.L.C., a Georgia Limited Liability Corporation doing business as PATRICK DEMPSEY RACING; EL GRADO SPIRITS, L.L.C., a Texas Limited Liability Corporation,<br><br>Defendants. | Case No.  2:10-cv-00793-DGC<br><br>**NOTICE OF SERVICE OF DISCOVERY RESPONSES** |

NOTICE IS HEREBY GIVEN that on September 15, 2010, via U. S. Mail, Defendant Hyper Sports, L.L.C., served upon Plaintiff the following discovery responses:

- Responses to Plaintiff's First Request for Production of Documents to Hyper Sports, LLC

DATED this 17th day of September, 2010.

JABURG & WILK, P.C.

s/Maria Crimi Speth
Maria Crimi Speth
Attorneys for Defendant Dempsey Racing, LLC (Incorrectly named as Hyper Sports, L.L.C. d/b/a/ Patrick Dempsey Racing)

15310-1/MCS/DAG/828867_v1

*Certificate of Service*

I hereby certify that on 17th day of September, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Shaye Mann
Law Offices of Shaye Mann, PLLC
1212 East Osborn Road
Suite 111
Phoenix, Arizona  85014
Attorneys for Plaintiff
Email: Shaye@mannazlaw.com


Garland Allen Brown, Jr.
Weiss, Brown & Peters
9375 East Shea Boulevard
Suite 100
Scottsdale, Arizona  85260
Attorneys for Defendant El Grado
Email: garland.brown@weissbrown.com


s/Debra Gower

15310-1/MCS/DAG/828867_v1