# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| E-IMAGE AGENCY, L.L.C., an Arizona Limited Liability,<br><br>Plaintiff<br><br>v.<br><br>HYPER SPORTS, L.L.C., a Georgia Limited Liability Corporation doing business as PATRICK DEMPSEY RACING; EL GRADO SPIRITS, L.L.C., A Texas Limited Liability Corporation,<br><br>Defendant | Case No. 2:10-cv-00793-DGC<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE** |

Pursuant to the Stipulation to Continue Settlement Conference and good cause appearing therefore;

IT IS HEREBY ORDERED that the settlement conference scheduled for October 20, 2010 is vacated and reset to Tuesday, December 7, 2010 at 9:00 am before Magistrate Judge Edward Voss. The parties' Confidential Settlement Memoranda shall be submitted to the court no later than November 22, 2010.

Dated this 14th day of October, 2010.

_____
Edward C. Voss
United States Magistrate Judge

{WB005145v1 }